No. 80–351.   MAGNELLI *v.* PENNSYLVANIA ET AL.   Pa. Commw. Ct.   Certiorari denied.

No. 80–354.   DRESSER INDUSTRIES, INC. *v.* SECURITIES AND EXCHANGE COMMISSION.   C. A. D. C. Cir.   Certiorari denied.

No. 80–362.   FAUSNER ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 9th Cir.   Certiorari denied.

No. 80–380.   GREGORY ET AL. *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 80–391.   AKERS *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 2d Cir.   Certiorari denied.

No. 80–421.   FOXMAN ET UX. *v.* RENISON.   C. A. 2d Cir. Certiorari denied.

No. 80–425.   NORTON ET AL. *v.* LEADVILLE CORP.   Ct. App. Colo.   Certiorari denied.

No. 80–426.   SCHWARZ *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 80–440.   SIKORA *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 80–447.   OLSEN *v.* IOWA.   Sup. Ct. Iowa.   Certiorari denied.

No. 80–464.   DICKISON ET AL. *v.* GOLDSCHMIDT, SECRETARY OF TRANSPORTATION, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 80–466.   SORIANO *v.* MOORE ET AL.   C. A. 5th Cir. Certiorari denied.